UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PIATT LAKE BIBLE CONFERENCE
ASSOCIATION, a Michigan nonprofit
corporation,

     Plaintiff,

-vs-

CHURCH MUTUAL INSURANCE
COMPANY, a Wisconsin Corporation,

     Defendant.

Case No.

Hon.

_____

| | |
|---|---|
| Jeffrey D. Koelzer (P78602)<br>Varnum LLP<br>Attorney for Plaintiff<br>P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>jdkoelzer@varnumlaw.com | Peter B. Worden, Jr. (P41899)<br>Garan Lucow Miller P.C.<br>Traverse City Office<br>Attorneys for Defendant<br>(231) 941-1611<br>*Direct Mail To:*<br>1155 Brewery Park Blvd, Suite 200<br>Detroit, MI 48207-1530<br>pworden@garanlucow.com<br>jbrown@garanlucow.com |

_____

## <u>NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION</u>

TO:   JEFFREY D. KOELZER, ESQ.
       Attorney for Plaintiff

**NOW COMES** the Defendant, CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin corporation, by and through the undersigned counsel, and in support of its Notice of Removal of Cause to the United States District Court Western District of Michigan, Northern Division, states as follows:

1

1.      On or about March 10, 2023, Plaintiff Piatt Lake Bible Conference Association, a Michigan nonprofit corporation, commenced this action in the Circuit Court for the County of Chippewa, State of Michigan, naming as Defendant Church Mutual Insurance Company, a Wisconsin corporation.

2.      Plaintiff's Complaint asserts claims for intentional misrepresentation, fraudulent inducement, promissory estoppel, silent fraud, negligent representation, and innocent misrepresentation, pertaining to insurance coverage under a policy of insurance issued by Defendant with respect to a building damage claim arising from a loss that occurred in March 2020.  Plaintiff alleges that the coverage afforded was insufficient to cover all of the building replacement costs, particularly as to alleged code compliance costs.  Plaintiff's Complaint does not assert that coverage for the alleged additional code compliance costs are directly covered by the policy of insurance issued by Defendant; rather, Plaintiff's Complaint alleges that the alleged additional code compliance costs are not covered by the policy above $100,000 and that Defendant is nonetheless responsible for code compliance costs above that amoung under one or more of the legal theories alleged. (**Exhibit A**)

3.      From the allegations in the Complaint **(Exhibit A)**, Plaintiff is seeking damages in the form of code compliance costs exceeding $1,000,000, against the $100,000 limit for such code compliance costs set forth in the policy or policies. (See **Exhibit A**, Plaintiff's Complaint, ¶¶ 64 and 67), exclusive of claimed interest, costs and attorney's fees.  Defendant denies and disputes Plaintiffs' claims.  Thus, it is respectfully submitted that the amount in controversy exceeds seventy-five thousand dollars ($75,000) and as such this matter is within the jurisdiction of this Court pursuant to 28 U.S.C. § 1332(a).

4.      Defendant Church Mutual Insurance Company shows this Honorable Court that this action involves a controversy between citizens of difference states, in that:

a.      Plaintiff Piatt Lake Bible Conference Association, at the time of the commencement of this action was and now is incorporated under the laws of the State of Michigan, and by virtue of said incorporation was and is a citizen of the State of Michigan;

b.      Defendant Church Mutual Insurance Company, at the time of the commencement of this action was and now is incorporated under the laws of the State of Wisconsin, and by virtue of said incorporation was and is a citizen of the State of Wisconsin, and is not a citizen of the State of Michigan by virtue of its state of incorporation.

5.      This Notice of Removal is filed within thirty (30) days after receipt of notice of the pending action on Defendant, Church Mutual Insurance Company, by way of mail.  See **Exhibit B,** date-stamped envelope confirming that Defendant's resident agent in Merrill, Wisconsin received a copy of Plaintiff's Complaint and Summons on March 20, 2023.  Therefore, this Removal is presented within the time frame required by 28 U.S.C. § 1446(b).

6.      The written notice of filing this removal has been given to all adverse parties as required by law and a copy of the Notice of Removal has been filed with the clerk of the Court for the County of Chippewa, State of Michigan.

7.      Attached is a copy of all process and pleadings which were served upon the Defendant in this cause (**Exhibit A and B**).

**WHEREFORE**, Defendant Church Mutual Insurance Company respectfully requests this Honorable Court enter an Order removing this cause from the Circuit Court for the County of Chippewa, State of Michigan, to the United States District Court, Western District of Michigan, Northern Division.

GARAN LUCOW MILLER, P.C.

Date: April 3, 2023                    By:_____

Peter B. Worden, Jr. (P41899)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:    All ECF Attorney(s) of Record on this case.

and I hereby certify that I have mailed by United States Postal Service the paper to the following:

Jeffrey D. Koelzer, Esq.
Varnum LLP
Attorney for Plaintiff
P.O. Box 352
Grand Rapids, MI  49501-0352

GARAN LUCOW MILLER, P.C.

By:_____

Peter B. Worden, Jr. (P41899)
Attorney for Defendant