UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PIATT LAKE BIBLE
CONFERENCE ASSOCIATION,

    Plaintiff,

                                                                CASE No. 2:23-cv-73

v.

                                                                HON. ROBERT J. JONKER

CHURCH MUTUAL INSURANCE CO.,

    Defendant.

_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered this day, Judgment enters in favor of Defendant Church Mutual Insurance Company, and against Plaintiff Piatt Lake Bible Conference Association.


Dated:  July 11, 2025                        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE